| | |
|---|---|
| 1 | Bruce H. Jackson (State Bar No. 98118) |
| | bruce.jackson@bakermckenzie.com |
| 2 | Irene V. Gutierrez (State Bar No. 252927) |
| | irene.gutierrez@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |
| | Two Embarcadero Center, 11th Floor |
| 4 | San Francisco, CA  94111-3802 |
| | Telephone:  +1 415 576 3000 |
| 5 | Facsimile: +1 415 576 3099 |

Attorneys for Defendant
QUIKSILVER GLORIOUS SUN
  LICENSING LIMITED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| QUIKSILVER GREATER CHINA LIMITED, | Case No. SACV12-1379 CJC (ANx) |
| Plaintiff, | Date Complaint Filed in Superior Court: July 10, 2012 |
| v. | Date of Removal of Action: August 27, 2012 |
| QUIKSILVER GLORIOUS SUN LICENSING LIMITED, | **JUDGMENT** |
| Defendant. | |
| | Courtroom:     9B |
| | Ronald Reagan Federal Building & U.S. Courthouse- |
| | 411 West Fourth Street |
| | Santa Ana, CA  92701 |
| | The Honorable Cormac J. Carney |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

-v1\

Case No. SACV12-1379 CJC (ANx)
JUDGMENT

# JUDGMENT

In accordance with the Court Order Granting Defendant's Motion to Compel Arbitration and Dismiss Or Stay Action and Denying Plaintiff's Motion to Remand dated November 2, 2012, a true and correct copy of which is incorporated herein and attached hereto as Exhibit 1, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Plaintiff Quiksilver Greater China Limited's Motion to Remand Pursuant to 28 U.S.C. § 1447(c) is **DENIED.** Defendant Quiksilver Glorious Sun Licensing Limited's Motion to Compel Arbitration is **GRANTED.** Defendant Quiksilver Glorious Sun Licensing Limited's Motion to Dismiss is **GRANTED** and, accordingly, this action is **DISMISSED.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

**DATED: 11/7/12**

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000